UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
In re:

RAND INTERNATIONAL LEISURE
PRODUCTS, LLC,

             Alleged Debtor.

------------------------------------------------------x

Chapter 7 - Involuntary
Case No. 10-71497 (AST)

**ORDER TO SHOW CAUSE FOR STAY PENDING
APPEAL AND TEMPORARY RESTRAINING ORDER**

      Upon the motion (the "Motion") of Rand International Leisure Products, LLC, the alleged debtor-appellant in the above-captioned matter ("Rand"), seeking emergency relief in the form of an Order, pursuant to Rule 8005 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"): (a) staying entry of an Order for Relief under any chapter of title 11 of the United States Code (the "Bankruptcy Code") against Rand pending the outcome of Rand's appeal to this Court from a certain *Order for Relief* entered by the United States Bankruptcy Court for the Eastern District of New York on September 7, 2010, Honorable Alan S. Trust, United States Bankruptcy Judge, presiding (the "Order"); (b) granting a temporary restraining order of the entry of an Order for Relief under any chapter of the Bankruptcy Code against Rand to the extent necessary to permit this Court to hear and determine the Motion; and (c) granting Rand such other and further relief as this Court may deem just and proper; and Rand having timely filed a notice of appeal (the "Appeal") from the Order on September 9, 2010; and telephonic, e-mail and fax notice of the date, time and place of the presentation of the within Order to Show Cause having been given to counsel to the Petitioning Creditors, and the Office of the United States Trustee for Region 2 (the "U.S. Trustee"); and no further notice of the within being required; and it appearing that if the relief requested is not granted on an expedited basis, Rand may suffer irreparable harm; and after due deliberation thereon, and good and sufficient cause appearing therefor; it is

**NOW**, on Motion of Rand made under Bankruptcy Rule 8005

**ORDERED**, as follows:

1. That counsel to the Petitioning Creditors and the U.S. Trustee be, and they hereby are, directed to appear at a hearing (the "Hearing") on the Motion before this Court at the Long Island Courthouse, 100 Federal Plaza, Courtroom _____, Central Islip, New York 11722 on the ____ day of September, 2010 at _____ o'clock in the a.m./p.m., at which time and place they shall show cause, if any there be, why an Order should not be entered staying, pending a determination of the Appeal, the entry of an Order for Relief under any chapter of the Bankruptcy Code against Rand, and granting the Debtor such other and further relief as this Court may deem just and proper;

2. That, in order to prevent irreparable harm to Rand, the entry of an Order for Relief under any chapter of the Bankruptcy Code by the Bankruptcy Court is hereby stayed pending the conclusion of the Hearing on the Motion;

3. That service of this Order to Show Cause and the papers upon which it is based be served upon the counsel to the Petitioning Creditors and the U.S. Trustee by overnight mail on or before September ___, 2010 shall constitute good and sufficient service and notice of the Motion and the Hearing; and

4. That answering papers, if any, shall be in writing, filed with the Court and served upon counsel to Rand in such a manner so as to be received no later than September ___, 2010.

Dated: Central Islip, New York
       September ___, 2010

_____
HON.
UNITED STATES DISTRICT JUDGE